UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTONIO CHAVEZ-JUAREZ,<br><br>                Petitioner,<br>    v.<br><br>NEVADA, STATE OF, *et al.*,<br><br>                Respondents. | Case No. 3:17-cv-00192-MMD-WGC<br><br>ORDER |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Nevada state prisoner Antonio Chavez-Juarez. On June 20, 2018, this Court granted Petitioner's motion for counsel and appointed the Federal Public Defender to represent Petitioner in this action (ECF No. 5). On July 20, 2018, Amelia Bizzaro of the Federal Public Defender's Office appeared on behalf of Petitioner (ECF No. 9). The Court now sets a schedule for further proceedings in this action.

It is therefore ordered that counsel for Petitioner must meet with Petitioner as soon as reasonably possible, if counsel has not already done so, to: (a) review the procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with Petitioner, as fully as possible, the potential grounds for habeas corpus relief in Petitioner's case; and (c) advise Petitioner that all possible grounds for habeas corpus relief must be raised at this time in this action and that the failure to do so will likely result in any omitted grounds being barred from future review.

///

///

It is further ordered that Petitioner has ninety (90) days from the date of this order to file and serve on Respondents an amended petition for writ of habeas corpus, which must include all known grounds for relief (both exhausted and unexhausted).

It is further ordered that Respondents will have forty-five (45) days after service of an amended petition within which to answer, or otherwise respond to, the amended petition. If Petitioner does not file an amended petition, Respondents will have forty-five (45) days from the date on which the amended petition is due within which to answer, or otherwise respond to, Petitioner's original petition.

It is further ordered that, if and when Respondents file an answer or other responsive pleading, Petitioner will have thirty (30) days after service of the answer or responsive pleading to file and serve his response.

It is further ordered that any state court record exhibits filed by the parties herein must be filed with an index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed must further be identified by the number or letter of the exhibit in the attachment.

It is further ordered that the parties must send courtesy copies of all exhibits to the Reno Division of the Court. Courtesy copies must be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label. Additionally, in the future, all parties must provide courtesy copies of any additional exhibits submitted to the Court in this case in the manner described above.

DATED this 26th day of July 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE