UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANTONIO CHAVEZ-JUAREZ,

                              Petitioner,

v.

STATE OF NEVADA, *et al.*,

                              Respondents.

Case No. 3:17-cv-00192-MMD-WGC

ORDER

This 28 U.S.C. § 2254 habeas corpus action is before the Court on motions for extension of time by both parties. (ECF Nos. 31, 33.) The Court finds good cause to grant both motions.

It is ordered that Respondents' motion for extension of time to file an answer to the petition (ECF No. 31) is granted *nunc pro tunc*.

It is further ordered that Petitioner's motion for extension of time to file a reply to the answer (ECF No. 33) is granted. Petitioner must file his reply on or before August 10, 2020.

DATED THIS 26th day of June 2020.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE